21329. CHARLES E. STEWART & SONS, INC. v. STEWART *et al.*

ALMAND, Justice. Service by mail of a bill of exceptions upon parties residing in this State being insufficient, and there being no other return, acknowledgment, or waiver of service, the motion to dismiss this bill of exceptions must be sustained. *Clark v. Lyon*, 48 Ga. 125 (1).

*Writ of error dismissed. All the Justices concur.*

SUBMITTED SEPTEMBER 11, 1961—DECIDED OCTOBER 5, 1961.

*J. E. B. Stewart,* for plaintiff in error.

*J. Lundie Smith, Noah J. Stone, Hugh W. Stone,* contra.